# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN JONES, | ) | 1:08-cv-00318 AWI GSA |
| | ) | |
| | ) | ORDER REQUIRING PLAINTIFF TO |
| Plaintiff, | ) | SUBMIT APPLICATION TO PROCEED IN |
| | ) | FORMA PAUPERIS **OR** PAY FILING FEE |
| v. | ) | |
| | ) | |
| DANIEL WAINWRIGHT, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff, a state prisoner proceeding pro se, filed the instant action on March 6, 2008. However, Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee.

    Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

    Failure to comply with this order will result in a recommendation that this action be dismissed.

    IT IS SO ORDERED.

1

**Dated:   March 7, 2008**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE