IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JONES, JR.,<br><br>  Plaintiff,<br><br>  vs.<br><br>DANIEL WAINWRIGHT,<br><br>  Defendant. | No. CV-F-08-318 AWI/GSA<br><br>ORDER RELATING ACTION TO NO. CV-F-05-148 OWW/DLB AND TRANSFERRING ACTION FROM DOCKETS OF JUDGE ISHII AND MAGISTRATE JUDGE AUSTIN TO DOCKETS OF JUDGE WANGER AND MAGISTRATE JUDGE BECK |

Pursuant to Rule 83-123, Local Rules of Practice, this action is related to *Melvin Jones, Jr. v. Michael Tozzi, et al.*, No. CV-F-05-148 OWW/DLB.

This action alleges fraud on the court committed during pretrial and trial proceedings in No. CV-F-05-148 OWW/DLB. Plaintiff had moved to vacate the judgment in No. CV-F-05-148 OWW/DLB based on the same allegations of fraud by Mr. Wainwright, but elected to withdraw that motion in order to file this independent action.

1

**The assignment of this independent action for fraud to Judge Wanger and Magistrate Judge Beck will negate substantial duplication of labor, Rule 83-123(a)(4), and will negate Plaintiff's apparent attempt at forum-shopping, Rule 83-123(d).**

**ACCORDINGLY:**

**1.   This action is related to Case No. CV-F-05-148 OWW/DLB;**

**2.   This action is transferred from the dockets of Judge Ishii and Magistrate Judge Austin to the dockets of Judge Wanger and Magistrate Judge Beck.  All future filings in this action will be designated:  "No. CV-F-08-318 OWW/DLB."**

IT IS SO ORDERED.

**Dated:   March 11, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

2